UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, IN ITS CAPACITY AS THE CARRIER FOR THE SERVICE BENEFIT PLAN, A/K/A THE "FEDERAL EMPLOYEE PROGRAM," A FEDERAL EMPLOYEE HEALTH BENEFITS ACT PLAN,"<br><br>Plaintiff,<br><br>v.<br><br>JAZZ PHARMACEUTICALS PLC, JAZZ PHARMACEUTICALS, INC, JAZZ PHARMACEUTICALS IRELAND LIMITED, HIKMA PHARMACEUTICALS PLC, ROXANE LABORATORIES, INC., HIKMA PHARMACEUTICALS USA INC., AND EUROHEALTH (USA), INC., AMNEAL PHARMACEUTICALS LLC, PAR PHARMACEUTICAL, INC., LUPIN LTD., LUPIN PHARMACEUTICALS INC., AND LUPIN INC.,<br><br>Defendants. | Case No. 1:20-cv-03543-JBG<br><br>Judge Joan B. Gottschall |

**NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF BLUE CROSS AND BLUE SHIELD ASSOCIATION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned action, Blue Cross and Blue Shield Association, by and through its undersigned counsel, voluntarily dismisses itself from the above-captioned litigation without prejudice to any rights that it may have individually, or to its rights as a member of the proposed putative class.

No defendant has filed an answer or motion for summary judgment, making voluntary dismissal under Rule 41(a)(1) appropriate.

Dated: July 13, 2020

Respectfully submitted,

/s/ Daniel J. Kurowski

Daniel J. Kurowski
Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

*Liaison Counsel for Plaintiff Blue Cross Blue Shield Association and the Proposed Class*

Thomas M. Sobol
Lauren G. Barnes
Bradley J. Vettraino
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
bradleyv@hbsslaw.com

Brendan G. Stuhan
Blue Cross Blue Shield Association
1310 G Street, N.W. - 10th Floor
Washington, D.C. 20005
(202) 942-1069
(202) 942-1143 (fax)
brendan.stuhan@bcbsa.com

Mark Fischer
Jeffrey Swann
Robert C. Griffith
RAWLINGS & ASSOCIATES, PLLC
1 Eden Parkway
La Grange, KY 40031
Telephone: (502) 814-2139

2

mdf@rawlingsandassociates.com
js5@rawlingsandassociates.com
rg1@rawlingsandassociates.com

*Counsel for Plaintiff Blue Cross Blue Shield Association and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 13, 2020, a true and correct copy of the foregoing was filed electronically via CM/ECF and is available for viewing and/or downloading from the CM/ECF system and/or Pacer.

 */s/ Daniel J. Kurowski*
Daniel J. Kurowski
