UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Blue Cross And Blue Shield Association
                                     Plaintiff,

v.                                                        Case No.: 1:20−cv−03543
                                                           Honorable Joan B. Gottschall

Jazz Pharmaceuticals PLC, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's notice [6], titled "Notice of Voluntary Dismissal of Plaintiff Blue Cross and Blue Shield Association Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)," states that plaintiff "voluntarily dismisses itself from the above−captioned litigation." It is not completely clear whether plaintiff means to dismiss this case in its entirety, as Fed. R. Civ. P. 41(a)(1)(A)(i) provides, or to dismiss itself as a party plaintiff and leave this putative class action pending. Absent communication to the contrary from plaintiff on or before July 16, 2020, this court will assume that plaintiff intends to dismiss this action in its entirety, and this case will be dismissed without prejudice and without further court order effective July 17, 2020. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.