# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Blue Cross And Blue Shield Association

                                           Plaintiff,

v.                                                     Case No.: 1:20–cv–03543

                                                                  Honorable Joan B. Gottschall

Jazz Pharmaceuticals PLC, et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2020:

        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's amended notice of voluntary dismissal [8], this case is dismissed without prejudice to any rights that plaintiff may have individually or to its rights as a member of the proposed putative class. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.